# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00010-CV

**Christopher Rogers, Appellant**

**v.**

**Amy Rogers, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-FM-11-001785, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due in this Court on January 29, 2013. On, June 7, 2013, Christopher Rogers was notified that no clerk's record had been filed due to his failure to pay or make arrangements to pay the district clerk's fee for preparing the clerk's record. The notice requested that Rogers make arrangements for the clerk's record and submit a status report regarding this appeal by June 17, 2013. Rogers has not filed a status report or otherwise responded to this Court's notice.

If the trial court clerk fails to file the clerk's record due to appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). Because Rogers has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:  August 16, 2013